SO ORDERED,
SIGNED Sept. 15 2010

HENLEY A. HUNTER
UNITED STATES BANKRUPTCY JUDGE

FILED
SEP 15 2010
J. ___ CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Monroe Division

In Re: Jerry Mitchell Beard
Pamela Matthews Beard

Bankruptcy Case Number: 10-31367

SS#: XXX-XX-5682
XXX-XX-3087

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on **JULY 22, 2010**. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:** The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Amount of ☐ Lump Sum or ☐ Sum Total Payment(s): $_ *Due* or *Paid* as of __.
   Amount of each Monthly Plan Payment: $ *1,153.00* per month for *60* months.
   Monthly Plan Payments shall be due on the *21ST* day of each month, beginning *AUGUST 2010*
   Term of Plan Payments shall be: *60* months or until a 100% Dividend is paid to general, unsecured creditors that have timely filed allowable claims.
   Moratorium granted for : _.
   Special / Additional Provisions: _

☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**
   E. Eugene Hastings,         ☒ Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered to deduct
   Chapter 13 Trustee              payments from the earnings of the Debtor, draw checks in the name of the Standing Trustee and mail
   Post Office Box 270             same on or before each due date reflected above, until further Order of this Court.
   Memphis, TN 38101-0270  ☐ No Payroll Deduction is ordered

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $ *2,800.00*, of which $ *2,800.00* is due and payable from the Bankruptcy Estate.
   The Debtor(s) attorney is also awarded a fee in the amount of $ __ for the modification listed above and per fee application.
   ☐ Attorney Fees capped at $ __, per Court authority.

4) **Other Provisions:**
   Debtor(s) shall file both Federal and State Income Tax Returns timely.
   Debtor(s) shall provide copies of same to the Standing Chapter 13 Trustee immediately upon filing.
   Debtor(s) are not required to tender tax refunds unless otherwise provided.

###

REVIEWED
ON THIS DAY

SEP 1 5 2010

Pamela Matthews Beard
**Chapter 13 Debtor**